UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER GARNER,

    Plaintiff,

Case No. 17-cv-13058
Hon. Matthew F. Leitman

v.

CENTERLINE, CITY OF, ET AL,

    Defendants.
_____/

## ORDER TERMINATING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #16)

The parties to this action reached a settlement today following a Settlement Conference with Magistrate Judge Stafford. Given that settlement, the Defendants' pending Motion for Summary Judgment (ECF #16) is TERMINATED AS MOOT.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: September 5, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2019, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764